# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| BRIAN MCCOMB, | : | Case No. 3:25-cv-00252 |
| Plaintiff, | : | |
| | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| SETH W. PAUL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

Defendants filed a Motion for Judgment on the Pleadings on December 4, 2025. (Doc. No. 15.) In the Motion, Defendants ask the Court to immediately resolve the claims against them in their favor without any further proceedings. You should soon receive a copy of the Motion in the mail from Defendants' attorneys.

You must file your Response to Defendants' Motion no later than **December 29, 2025**. If circumstances beyond your control prevent you from meeting this deadline, you must **IMMEDIATELY** file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendants' Motion, the Court may grant it and dismiss some or all of your case**.

Your Response must include a certificate confirming it was served on all the other parties (or their attorneys, if they have attorneys). *See* Fed. R. Civ. P. 5; S.D. Ohio Civ. R. 5.2. Please review and become familiar with the Federal Rules of Civil Procedure, the Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in

the United States District Court for the Southern District of Ohio. These materials are available on the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are **REMINDED** that you must keep this Court informed of your current mailing address while this case is pending. If you do not, you may miss deadlines, and the Court may dismiss the case for failure to prosecute.

**IT IS SO ORDERED**.

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge